ACCEPTED
14-15-00397-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/13/2015 1:40:12 PM
CHRISTOPHER PRINE
CLERK

## IN THE

## FOURTEENTH COURT OF APPEALS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/13/2015 1:40:12 PM
CHRISTOPHER A. PRINE
Clerk

## HOUSTON DIVISION

**HAVEN CHAPEL UNITED METHODIST CHURCH**

**VS.**                                        **NO. 14-15-00397-CV**

**WILLIAM MICHAEL LEEBRON II AND
BRAZORIA COUNTY COMMISSIONER'S COURT**

## MOTION TO REINSTATE APPEAL

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW, HAVEN CHAPEL UNITED METHODIST CHURCH**
and files this Motion to Reinstate Appeal and in support thereof would show the
following:

This Court issued an order and judgment after Appellant filed a Motion to
Transfer Documents to this cause from a Mandamus action sought as it pertains to
the cause herein. (See Exhibit A, attached and incorporated by reference, the same
as if fully copied and set forth herein). Appellant is unaware whether the Court of
Appeals had knowledge that this Motion had been filed at the time of the rendition
of its judgment.  Appellant's Motion was filed on July 06, 2015 and the dismissal
was issued on July 07, 2015. (See Exhibit B, attached and incorporated by
reference, the same as if fully copied and set forth herein.**)**

Appellant did not pursue its appeal because it had filed for Mandamus Relief in this cause for which it believed it was entitled. Mandamus was just recently denied in Cause No. 14-15-00500-CV. (See Exhibit C, attached and incorporated by reference, the same as if fully copied and set forth herein.

Moreover, Appellant notified the court of same by letter dated June 03, 2015 and requested that this cause remain open until final judgment was rendered in this cause or by virtue of a ruling on the mandamus. (See Exhibit D, attached and incorporated by reference, the same as if fully copied and set forth herein.

Additionally, since the trial court has disposed of the other party, Marlene Mouchette, Appellee's Motion to Dismiss is now moot, as judgment has rendered as to all parties. (See Exhibit E, attached and incorporated by reference, the same as if fully copied and set forth herein).

This Motion is sought in the interest of justice and in the interests of judicial economy, as well as financial economy as same prevents the opening of a brand new cause since the matter has now become final.

**WHEREFORE PREMISES CONSIDERED**, Appellant, Haven Chapel United Methodist Church prays that this Honorable Court reinstate this appeal for the reasons set forth herein.

Respectfully submitted,

*/s/ Veronica L. Davis*

Veronica L. Davis
226 N. Mattson
West Columbia, Texas 77486
(979) 345-2953
vld57atal@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Motion shall be sent to all opposing counsel by efiling on this the 7th/13th day of July, 2015.

/s/ Veronica L. Davis

EXHIBIT A

ACCEPTED
14-15-00397-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/6/2015 10:43:51 PM
CHRISTOPHER PRINE
CLERK

# IN THE

## FOURTEENTH COURT OF APPEALS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/6/2015 10:43:51 PM
CHRISTOPHER A. PRINE
Clerk

## HOUSTON DIVISION

**HAVEN CHAPEL UNITED METHODIST CHURCH**

**VS.**                                    **NO. 14-15-00397-CV**

**WILLIAM MICHAEL LEEBRON II AND
BRAZORIA COUNTY COMMISSIONER'S COURT**

## MOTION TO TRANSFER DOCUMENTS AND BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW, HAVEN CHAPEL UNITED METHODIST CHURCH**

and files this Motion to Transfer all documents from cause Number 14-15-00500

and in support thereof would show the following:

1.    Plaintiff initially filed a Notice of Appeal which was docketed in this cause after a grant of summary judgment to Brazoria County Commissioner's Court.

2.    Said Defendant moved to dismiss the appeal, stating that same was interlocutory as judgment had not been granted as to Defendant, Marlene Mouchette.

3.    Because Plaintiff believed that the court abused its discretion in granting declaratory relief to Defendant and declaring a road, Appellant sought Mandamus relief in this cause.

4.    The Court of Appeals issued notice to Appellant to file mandamus in a separate cause number.

5. The **Fourteenth** Court of Appeals did not grant mandamus relief, therefore, it will be necessary for Plaintiff/Appellant to proceed with its appeal under this cause number due to denial of said grant and due to a **final** judgment being granted to Mouchette.

6. Therefore, Plaintiff requests that the Brief, all appendices, and other documents filed in connection with its request for Mandamus Relief be transferred to this cause number and be considered as if originally filed herein.

7. Same is sought in the interest of justice, to prevent duplicative efforts, and to minimize costs, attorney's fees, time and expenses to the parties.

**WHEREFORE PREMISES CONSIDERED**, Appellant, Haven Chapel

United Methodist Church prays that this Honorable Court grant its request.

Respectfully submitted,

/s/ *Veronica L. Davis*

Veronica L. Davis
226 N. Mattson
West Columbia, Texas 77486
(979) 345-2953
vld57atal@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion shall be sent to all opposing counsel by efiling on this the 6th day of July, 2015.

/s/ Veronica L. Davis



EXHIBIT B

July 7, 2015



# JUDGMENT

# 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

HAVEN CHAPEL UNITED METHODIST CHURCH, Appellant

NO. 14-15-00397-CV                    V.

WILLIAM MICHAEL LEEBRON II, E.J. KING AND BRAZORIA COUNTY
COMMISSIONER'S COURT, Appellee

---

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 30, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Haven Chapel United Methodist Church.

We further order this decision certified below for observance.

**Dismissed and Memorandum Opinion filed July 7, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00397-CV

### HAVEN CHAPEL UNITED METHODIST CHURCH, Appellant

### V.

### WILLIAM MICHAEL LEEBRON II, E.J. KING AND BRAZORIA COUNTY COMMISSIONER'S COURT, Appellees

**On Appeal from the 149th District Court**
*Brazoria County*, Texas
**Trial Court Cause No. 62845A**

## MEMORANDUM OPINION

This appeal is from a judgment signed March 30, 2015. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On May 27, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

On May 15, 2015, appellees filed a motion to dismiss for want of jurisdiction in which they argue the judgment is not final because it does not dispose of all parties and all claims. Because appellant has failed to file a clerk's record in this appeal, we cannot determine whether the judgment is final. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 205–06 (Tex. 2001) ("To determine whether an order disposes of all pending claims and parties, it may of course be necessary for the appellate court to look to the record in the case").

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed. Appellee's motion to dismiss is denied as moot.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.

2

EXHIBIT C

**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 23, 2015.**



In The

## 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔠𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

NO. 14-15-00500-CV

## IN RE HAVEN CHAPEL UNITED METHODIST CHURCH, Relator

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
149th District Court
Brazoria County, Texas
Trial Court Cause No. 62845**

## MEMORANDUM OPINION

On June 9, 2015, relator Haven Chapel United Methodist Church filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Terri Holder, presiding judge of the 149th District Court of Brazoria County, to: (1) vacate the trial court's grant of summary judgment against relator; (2) vacate the trial court's grant of declaratory judgment in favor of

Brazoria County; and (3) vacate the trial court's Rule 91a dismissal of relator's religious discrimination cause of action.

Relator has not established that it is entitled to mandamus relief. Accordingly, we **deny** relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.

2

EXHIBIT D

ACCEPTED
14-15-00397-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/3/2015 9:20:29 PM
CHRISTOPHER PRINE
CLERK

*Veronica L. Davis*

*Attorney at Law*

*226 N. Mattson*

*West Columbia, Texas 77486*

*(979) 345-2953*

*(979) 345-5461 facsimile transmission*

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/3/2015 9:20:29 PM
CHRISTOPHER A. PRINE
Clerk

The Honorable Christopher Prine
Fourteenth Court of Appeals
301 Fannin
Houston, Texas 77002

June 03, 2015

Re:     Cause No. 14-15-00397-CV; Haven Chapel United Methodist Church vs. William
         Michael Leebron and Brazoria County Commissioner's Court

Dear Mr. Prine,

Please be advised of the following:

The Brazoria County District Clerk sent me a bill of costs for approximately $531.00. I visited
with Ms. Kathleen McDougal? (Unsure of last name) regarding an itemization of the Bill of
Costs. According to the designation of records which I prepared, the costs greatly exceeded the
amount of pages requested. I met with Ms. Mc Dougal approximately two-three weeks ago and
have not yet obtained that information. I did advise her, however, that I was going to amend my
designation to decrease the number of documents sought. As stated, to date, I have not received
that information from her.

With respect to your inquiry about the reporter's record., I am not requesting one. The case was
terminated by summary judgment. The law is strong enough in the area, where the transcript
would not prove helpful. Moreover, it is purposefully voluminous, and would not be cost
effective for my client to obtain same.

Additionally, I have decided to proceed with this case as one seeking mandamus relief. I am
near completion of the mandamus and should be submitting same tomorrow (June 4, 2015 or
June 5, 2015. With the submission of the writ, I will also submit payment.

Additionally, the Defendant has moved to dismiss the case because another party's claims are
pending in this action. These matters are raised in connection with Defendant's argument.:

1)     the grant of summary judgment to Defendant, Brazoria County, declaring that a road exists patently eliminates Plaintiff's cause of action against the remaining defendant.

2)     Summary judgment is set as it pertains to that Defendant on June 08, 2015;

3)     The law provides that a party may not proceed with the denial of a summary judgment, but may seek appellate relief for the grant of a summary judgment.

Therefore, this case should become final on Monday, June 8, 2015. I request that it remain open until such time, pending final orders in that case.

Thank you for your patience as it relates to this case.

Sincerely yours,

/s/ Veronica L. Davis

Veronica L. Davis

EXHIBIT E

FILED
at 4:45 o'clock p M.

JUN 17 2015

Rhonda Barchak
Clerk of District Court Brazoria Co., Texas
BY Kelli Williamson DEPUTY

CAUSE NO. 62845-A

| | | |
|---|---|---|
| HAVEN CHAPEL UNITED METHODIST CHURCH | § | IN THE DISTRICT COURT |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| V. | § | OF BRAZORIA COUNTY, TEXAS |
| | § | |
| | § | |
| WILLIAM MICHAEL LEEBRON II | § | |
| E.J. KING AND BRAZORIA COUNTY | § | |
| COMMISSIONERS COURT | § | |
| | § | |
| DEFENDANTS. | § | 149TH JUDICIAL DISTRICT |

## ORDER

After considering Defendant Marlene Mouchette's Reply to Plaintiff's Opposition to Mouchette's Motion for Summary Judgment and Objections to Plaintiff's summary judgment evidence, the court makes the following rulings:

1. Mouchette's Objection to the Attorney's Fee Affidavit of Veronica L. Davis.

  __✓__ Sustained and struck from the record

  _____ Overruled

2. Mouchette's Objections to the Affidavit of Veronica L. Davis.

  _____ Sustained and struck from the record

  _____ Overruled

  As to ¶ 5- overruled
  As to ¶ 4 - overruled
  As to ¶ 2 - Sustained

3. Mouchette's Objections to the Affidavit of Doris Woodson.

  __✓__ Sustained and struck from the record

  _____ Overruled

10

It is therefore ORDERED, adjudged and decreed that Mouchette's Motion for Summary Judgment is GRANTED, that Plaintiff's suit against Mouchette is dismissed with prejudice.

Signed on this 17 day of June 2015.

BY THE COURT:

_____T. Huler_____
JUDGE PRESIDING

STATE OF TEXAS
COUNTY OF BRAZORIA

I certify that the foregoing is a true and correct
copy of the original record on file in my office.
Given under my hand and seal of the court at
my office in Angleton, Texas
RHONDA BARCHAK, DISTRICT CLERK
By_____Deputy

11